No. D–1829. IN RE DISBARMENT OF DYSON. Thomas R. Dyson, Jr., of Chevy Chase, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1830. IN RE DISBARMENT OF HALLER. Arthur Gordon Haller, of Gainesville, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1831. IN RE DISBARMENT OF SCOTT. Richard Scott, of Lincoln, Neb., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1832. IN RE DISBARMENT OF WELCKER. Ronald Alfred Welcker, of New Orleans, La., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1833. IN RE DISBARMENT OF TOBIN. Harris A. Tobin, of Gainesville, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1834. IN RE DISBARMENT OF APOLLO. Stephen Apollo, of Hackensack, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1835. IN RE DISBARMENT OF BECKMAN. A. Thomas Beckman, of Lutherville, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.